IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY E., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 23-cv-0729 |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 30th day of October 2024, upon consideration of Plaintiff's Brief in Support of his Request for Review (Doc. 12), the Commissioner's Response (Doc. 13), and Plaintiff's Reply (Doc. 14), it is hereby ORDERED:

1. Plaintiff's Request for Review is **DENIED**; and

2. **JUDGMENT** is entered in favor of the Defendant; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge